UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22298-CIV-HUCK/O'SULLIVAN

NELSON SANDOVAL, RICHARD TURICIOS,
and others similarly situated,

      Plaintiffs,

vs.

FLORIDA PARADISE LAWN MAINTENANCE,
INC., FLORIDA PARADISE LANDSCAPING,
and LUIS VIGOA,

      Defendants.
_____/



CLOSED CIVIL CASE

## FINAL JUDGMENT

Pursuant to the Order Granting Summary Judgment, entered this date [D.E. #57], it is hereby ORDERED that Plaintiffs take nothing by this action and that Defendants go hence without day. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as moot.

DONE and ORDERED, in Chambers, Miami, Florida, this April 17, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge O'Sullivan
All counsel of record